IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE NELLING | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF DELAWARE, et al. | : | NO. 11-6973 |

## ORDER

AND NOW, this 11th day of September, 2012, upon consideration of Defendant Amy Theodore's Motion to Dismiss (ECF No. 50), Plaintiff Suzanne Nelling's response (ECF No. 51), and for the reasons stated in the accompanying Memorandum Re: Motion to Dismiss Second Amended Complaint, it is hereby ORDERED as follows:

(1) Theodore's Motion (ECF No. 50) is GRANTED;

(2) Nelling is GRANTED leave to file a Third Amended Complaint within fourteen (14) days of the date of this Order, consistent with the instructions set forth in the accompanying Memorandum Re: Motion to Dismiss Second Amended Complaint.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11\11-6973 Nelling v. County of Delaware\11.cv.6973.Order re MTD 2d Am Compl.wpd

1