IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SUZANNE NELLING<br><br>    v.<br><br>AMY THEODORE | CIVIL ACTION<br><br>NO. 11-6973 |
|---|---|

# ORDER

**AND NOW,** this 11th day of January, 2013, for the reasons set forth in the foregoing Memorandum:

    1.    Defendant's Motion to Dismiss the Third Amended Complaint is **DENIED.**

    2.    The parties shall commence discovery immediately on the issues described in the foregoing Memorandum, and shall complete that discovery within ninety (90) days.

    3.    Plaintiff shall serve any expert report by April 15, 2013; defendant may serve an expert report by May 15, 2013.

    4.    Dispositive motions shall be filed by May 30, 2013.

    5.    Plaintiff's pretrial memorandum is due June 15, 2013.

    6.    Defendant's pretrial memorandum due June 30, 2013.

    7.    Trial pool date: July 15, 2013.

                                             **BY THE COURT:**

                                               /s/ Michael M. Baylson
                                             **_____**
                                             **Michael M. Baylson, U.S.D.J.**