IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE NELLING <br>     v. <br><br> COUNTY OF DELAWARE ET AL. | CIVIL ACTION <br><br> NO. 11-6973 |

## ORDER

And NOW, this 25th day of October 2013, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is GRANTED in part, on Plaintiff's state-created danger claim, and DENIED on all other claims.

                                                    BY THE COURT:

                                                    /s/ Michael M. Baylson

                                                    **Michael M. Baylson, U.S.D.J.**