# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE NELLING<br><br>    v.<br><br>COUNTY OF DELAWARE ET AL. | CIVIL ACTION<br><br>NO. 11-6973 |

## ORDER

And NOW, this 25th day of October 2013, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is GRANTED in part, on Plaintiff's state-created danger claim, and DENIED on all other claims.

                                              **BY THE COURT:**

                                              **/s/ Michael M. Baylson**

                                              **Michael M. Baylson, U.S.D.J.**